# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VICTOR MIKHAYLOVICH PINCHUK,<br><br>    Petitioner,<br><br> v.<br><br>CHEMSTAR PRODUCTS LLC,<br>DEMETER DIVERSIFIED LLC, and<br>EMPIRE CHEMICAL LLC,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 13-mc-306-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO VACATE IN PART THE COURT'S ORDERS GRANTING *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782 AND COMPELLING PRODUCTION AND/OR QUASH SUBPOENAS

Pursuant to Rules 60 and 45(c) of the Federal Rules of Civil Procedure, Respondents Chemstar Products LLC, Demeter Diversified LLC, and Empire Chemical LLC (collectively, "Respondents") hereby move to vacate in part the Court's November 19, 2013 Order Granting *Ex Parte* Application For Discovery Pursuant To 28 U.S.C. § 1782, Authorizing Applicants To Serve Subpoenas (D.I. 5) and the Court's December 30, 2013 Order Compelling Discovery (D.I. 10) or, in the alternative, to quash the three subpoenas issued from this Court on November 20, 2013 by Petitioner Victor Mikhaylovich Pinchuk.  The grounds for this motion are set forth in Respondents' Opening Brief, submitted herewith.

            SEITZ ROSS ARONSTAM & MORITZ LLP

            */s/ Bradley R. Aronstam*
            Bradley R. Aronstam (Bar No. 5129)
            Benjamin J. Schladweiler (Bar No. 4601)
            100 S. West Street, Suite 400
            Wilmington, DE  19801
            (302) 576-1600
            baronstam@seitzross.com
            bschladweiler@seitzross.com

            *Counsel for Chemstar Products LLC, Demeter Diversified LLC, and Empire Chemical LLC*

Dated:  March 10, 2014

**CERTIFICATE OF SERVICE**

I, Bradley R. Aronstam, hereby certify that on March 10, 2014, I caused the foregoing *Motion to Vacate In Part the Court's Orders Granting Ex Parte Application Pursuant to 28 U.S.C. § 1782 and Compelling Production and/or Quash Subpoenas* to be served via electronic mail upon:

Kelly E. Farnan
Anthony Gerard Flynn, Jr.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
farnan@rlf.com
flynn@rlf.com

*Counsel for Victor Mikhaylovich Pinchuk*

                                                     */s/ Bradley R. Aronstam*
                                                     Bradley R. Aronstam (Bar No. 5129)