IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VICTOR MIKHALYOVICH PINCHUK,<br><br>Plaintiff,<br><br>v.<br><br>CHEMSTAR PRODUCTS LLC, DEMETER DIVERSIFIED LLC, AND EMPIRE CHEMICAL LLC<br><br>Defendants. | No. 13-mc-306-RGA |

ORDER

Having reviewed the relevant papers, for the reasons stated in the accompanying Memorandum Opinion, IT IS ORDERED:

The Respondents' Motion to Vacate or Quash (D.I. 14) is **GRANTED**. To the extent the Subpoenas seek the production of documents from Cyprus, they are **QUASHED**.

Entered this 26th day of June, 2014.

_____
United States District Judge